UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEO J. KEELER,
                        Plaintiff,

        -against-                          24 Civ. 7068 (LGS)

                                      ORDER
FULLBEAUTY BRANDS OPERATIONS LLC,
et al.,
                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated June November 21, 2024, required the parties to file a status letter on April 17, 2025, as outlined in Individual Rule III.D.3;

      WHEREAS, the parties failed to submit the letter. It is hereby

      **ORDERED** that, by **April 25, 2025**, the parties shall file the joint letter.

Dated: April 21, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE